United States District Court
Southern District of Texas
**ENTERED**
September 11, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| TIMOTHY WILLIAMS, Plaintiff, | § | CIVIL ACTION NUMBER 4:25-cv-02751 |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| FEDERAL EMERGENCY MANAGEMENT AGENCY, Defendant. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Plaintiff Timothy Williams filed *pro se* and in *forma pauperis* a complaint against the Federal Emergency Management Agency, challenging denial of his application for vehicle assistance benefits related to Hurricane Beryl. Dkt 1. FEMA denied the application citing insufficient substantiation. Id at ¶7. Plaintiff seeks declaratory and injunctive relief, along with compensatory and punitive damages. Id at 2–3.

The matter was referred to Judge Christina A Bryna for disposition. Dkt 4. Pending is a motion to dismiss the complaint by Defendant. Dkt 18.

Judge Bryan recommends that the motion to dismiss be granted and the case be dismissed without prejudice for lack of subject-matter jurisdiction. Dkt 26 at 12.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC §636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v*

*PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

None of the parties filed objections. No clear error otherwise appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 26.

The motion to dismiss by Defendant Federal Emergency Management Agency is GRANTED. Dkt 18.

This case is DISMISSED WITHOUT PREJUDICE.

A final judgment will issue by separate order.

SO ORDERED.

Signed on September 9, 2026, at Houston, Texas.

Honorable Charles Eskridge
United States District Judge